UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON,
   Plaintiff,

v.      CASE NUMBER: 98-2009

HELI E. RIVERA AUFFANT, et al.
   Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/17/99    Docket #23<br>[X] **Plffs** [X] **Defts** [ ] **Other**<br>**Title:** Joint Motion Requesting Extension of Time | Granted. The parties are free to continue discovery for as long as they mutually agree, however, the Court will not entertain discovery disputes after **March 29, 2000**.<br><br>The dispositive motions deadline is **firm**, and will not be extended beyond the **January 29, 2000** deadline set in the scheduling order. **No further extensions shall be granted.** |

Date 12/22/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

