UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON,
    Plaintiff,

v.      CASE NUMBER: 98-2009

HELI E. RIVERA AUFFANT, et al.
    Defendants.

| MOTION | ORDER |
|---|---|
| Date Filed: 1/25/00    Docket #25<br>[ ] Plffs   [X] Defts   [ ] Other<br>Title: Motion Requesting Extension of Time | Granted. The Dispositive Motions deadline is reset from January 29, 2000, to **February 28, 2000.** All other deadlines remain firm. **No further extensions shall be granted.** |

Date  1-27-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


