UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON
    Plaintiff,
        v.
HELI E. RIVERA AUFFANT
ET ALS.,
    Defendants.

CASE NUMBER: 98-2009 (HL)

### MOTION

**Date Filed:** 02/25/00     **Docket # 27**     [X] Plff   [ ] Deft   [ ] Other
**Title:** Motion to Withdraw

### ORDER

**Granted.** Plaintiff's counsel Adriana E. Pou Porrata-Doria is hereby **granted** leave to withdraw. Counsel Pou is hereby **ordered** to provide plaintiff with a copy of this order. Counsel shall certify to the Court that she has done so by **April 11, 2000**. Plaintiff is granted until **April 25, 2000** to retain new counsel and for new counsel to file an appearance.
Failure to comply with the terms of this order shall result in the dismissal of this case.

### MOTION

**Date Filed:** 03/06/00     **Docket # 30**     [X] Plff   [ ] Deft   [ ] Other
**Title:** Supplementary Motion in Support Motion to Withdraw

### ORDER

Noted. Until Plaintiff retains new counsel, the Clerk of the Court and all parties shall notice all motions and orders to Plaintiff at the address below. The Clerk of the Court shall notify this order to plaintiff at the following address: Loanis Rivera Colon, HC-02, Box 16851, Gurabo, Puerto Rico 00778. Tel. (787) 737-7536.

Date 3/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:       EOD:

By:       #