UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON
   Plaintiff

v.

CASE NUMBER: 98-2009 (HL)

HELI E RIVERA AUFFANT, et al.
   Defendants.

| MOTION | | | |
|---|---|---|---|
| Date Filed: 3/28/00   Docket # 33 | [X] Plffs | [] Defts | [ ] Other |
| Title: Motion for Extension of Time | | | |

| ORDER |
|---|
| Granted. Plaintiff shall file its Opposition to the Motion to Dismiss on or before April 21, 2000. No further extensions shall be granted. |

Date 4/11/00

HECTOR M. LAFFITTE
Chief U.S. District Judge