## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON
  Plaintiff

  v.                                                    CASE NUMBER: 98-2009 (HL)

HELI E RIVERA AUFFANT, et al.
  Defendants.

### MOTION

Date Filed: 3/28/00      Docket # 31      [X] Plffs  [] Defts      [ ] Other
Title: NOTICE OF APPEARANCE

### ORDER

Granted. The Clerk of the Court shall notify all pertinent matters to: Luis A. Medina Torres, Box 191191 San Juan, P.R. 00919-1191.

Date 4-10-00                HECTOR M. LAFFITTE
                            Chief U.S. District Judge


