UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Loanis Rivera Colón
    v.
Heli Rivera Auffant, et al

CASE NUMBER: 98-2009 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed:    Docket # <br> [ ] Plffs  [ ] Defts  [ ] Other <br> Title: | The pretrial and settlement conference scheduled for May 3, 2000, at 11:00 a.m. is hereby reset for May 3, 2000, at 3:00 p.m. Magistrate Judge Justo Arenas will hold the conference. |

Date 4/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

