IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOANIS RIVERA COLON, et al.,

Plaintiffs

v.                                                            CIVIL 98-2009 (HL)

HELI RIVERA AUFFANT, et al.,

Defendants

## PRETRIAL/SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiff Rivera Colón was represented by Luis Medina Torres, Esq., defendants by Ruperto J. Robles Roche and Héctor Oliveras Delgado, Esqs.

The attorneys will submit one proposed pretrial order for approval within five days. Proposed *voir dire* instructions are to be submitted at least seven calendar days before trial. See Local Rule 325(1). All exhibits are to be pre-marked. Parties are to exhaust their attempts at settling the case and inform me on May 15 if the case will be disposed of without the need of further judicial intervention. A partial motion to dismiss pends. Plaintiff will file at least one motion *in limine*.

In San Juan, Puerto Rico, this 3rd day of May, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)