

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Loanis M. Rivera Colon
    Plaintiff

v.                                                              **CASE NUMBER: 98-2009 (HL)**

Heli E. Rivera Auffant, et al.
    Defendants

## ORDER

The Court hereby dismisses defendants Insurance Companies A, B, C, and D, because they have not been named, served or substituted within the time frame set forth in paragraph #5 of the Initial Scheduling Order dated February 10, 1999. (Dkt. 16)

The June 5th trial setting is hereby vacated. The jury trial is hereby rescheduled to June 26, 2000, at 9:00 a.m.

**It is so ordered.**

Date 5-24-00                  HECTOR M. LAFFITTE
                                                 Chief U.S. District Judge