UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Loanis M. Rivera Colon
    Plaintiff

v.                                           CASE NUMBER: 98-2009 (HL)

Basic Industries, Inc., et al.
    Defendants.

| MOTION |
|---|
| **Date Filed:** 5.30.00    **Docket #** 45    [ ] Plffs  [x] Defts    [ ] Other<br>**Title:** Motion for Continuance |
| **ORDER** |
| **Granted.** The trial scheduled for June 26, 2000 is hereby continued to August 3, 2000. |

Date 6/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

