UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND
00 JUL 27 PM 3
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Loanis M. Rivera Colon
Plaintiff

v.                                                          CASE NUMBER: 98-2009 (HL)

Heli E. Rivera Auffant, et al.
Defendants

| MOTION |
|---|
| Date Filed: 7.06.00    Docket # 52, 53    [x] Plffs  [x] Defts    [ ] Other<br>Title: Motion for Reconsideration |
| ORDER |

The Court has ample discretion on whether to exercise supplemental jurisdiction over pendent state claims. *Mercado Garcia v. Ponce Federal Bank*, 979 F.2d 890 (1st Cir. 1992). As stated in its previous order, the Court declines to exercise supplemental jurisdiction over the state claims in this case. Consequently, plaintiff's motion for reconsideration is **DENIED**. Defendants' opposition to plaintiff's motion is **GRANTED**.

| MOTION |
|---|
| Date Filed: 7.17.00    Docket #55    [X] Plffs  [x] Defts    [ ] Other<br>Title: Motion to Continue Trial Date |
| ORDER |

Granted. The August 3rd trial date is rescheduled to September 5, 2000, at 9:00 a.m. <u>No further continuances shall be granted.</u>

Date 7/26/00

HECTOR M. LAFFITTE
Chief U.S. District Judge