UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Loanis M. Rivera Colon
   Plaintiff

v.

Heli E. Rivera Auffant, et al.
   Defendants

CASE NUMBER: 98-2009 (HL)

| MOTION |
|---|
| Date Filed: 7.26.00    Docket # 56    [x] Plffs [ ] Defts [ ] Other<br>Title: Leave to Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration |
| ORDER |
| **DENIED.** |
| MOTION |
| Date Filed: 6.15.00    Docket # 56 48    [x] Plffs [ ] Defts [ ] Other<br>Title: Extension of Time |
| ORDER |
| **GRANTED.** |
| MOTION |
| Date Filed: 5.30.00    Docket # 43    [x] Plffs [ ] Defts [ ] Other<br>Title: Motion Requesting Order Plaintiff's Deposition |
| ORDER |
| Defendants have notified the Court plaintiff has once again failed to appear for the second part of her deposition. Plaintiff is hereby **ORDERED** to appear no later than August 18, 2000, at defendant's office, for the second part of her deposition. Failure to appear shall result in the imposition of sanctions, including the dismissal of this action. |

Date 8/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


