# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Loanis Rivera Colon
    Plaintiff

v.                                                      CASE NUMBER: 98-2009 (HL)

Basic Industries, et. al.
    Defendants

| MOTION |
|---|
| **Date Filed:** 8.15.00     **Docket #59**     [x] Plffs  [] Defts    [ ] Other<br>**Title:** Leave to Add Documentary Evidence |
| **ORDER** |
| **GRANTED**. |

Date 8/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


