

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Loanis Rivera Colon
   Plaintiff

v.     CASE NUMBER: 98-2009 (HL)

Basic Industries, et. al.
   Defendants

## PARTIAL JUDGMENT

The Court having entered an Opinion and Order, partial judgment is hereby entered dismissing the Title VII individual claims against defendants Heli E. Rivera Auffant, Heli Rivera Malave, Mercedes Rivera Auffant and Raul Rosario Santana with prejudice. All state claims, including the claims against defendant Wackenhut Puerto Rico, are dismissed without prejudice.

Date 8/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge