UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOANIS M. RIVERA COLON,<br><br>    Plaintiff<br><br>vs.<br><br>HELI E. RIVERA AUFFANT,<br>AND OTHERS<br>    Defendants, | CIVIL NO. 98-2009 (HL)<br><br>CIVIL ACTION FOR VIOLATION<br>OF CIVIL RIGHTS UNDER 42<br>USC SECS. 2000e ET SEQ |

**CONSENT JUDGMENT**

Plaintiff Loanis M. Rivera Colón and Defendants Basic Industries, Inc., Powerline Trading, Inc. and Omaf Electrical Supplies, Inc. having agreed to the entry of a consent judgment of dismissal, pursuant to a confidential agreement reached by the parties, and the court being advised in the premises,

Consistent with said stipulation below,

IT IS ORDERED that the above action be and the same is hereby dismissed with prejudice and without interest, costs or attorney fees.

U.S. DISTRICT COURT JUDGE

Dated: 9-15-00